THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* SAMUEL WOLF, Respondent.

*Crimes — abandonment of children — indictment charging defendant with abandonment of child of which he was father properly dismissed upon ground defendant was not legally married to mother of child.*

*People* v. *Wolf*, 216 App. Div. 771, affirmed.

(Argued June 1, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 26, 1926, which reversed a judgment of the Kings County Court, rendered upon a verdict convicting the defendant of the crime of abandonment of children and dismissed the indictment. The defendant was indicted under section 480 of the Penal Law, upon the ground that being the father of a child two months old, he abandoned such child. The proof showed that defendant was not legally married to the mother of the child. The Appellate Division held that section 480 applied only to the father of a legitimate child not to a putative father.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for appellant.

*Myron S. Yochelson* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.    Absent: POUND, J.

---

THE AMERICAN DISTRICT TELEGRAPH COMPANY, Respondent, *v.* THE CITY OF NEW YORK et al., Appellants, Impleaded with Another.

*New York city — duress — action to cancel franchise and recover securities deposited and money paid on ground of duress.*

*American District Telegraph Co.* v. *City of New York*, 213 App. Div. 578, affirmed.

(Argued June 1, 1926; decided July 9, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial